

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
23 JUL 13  AM 11:01
DEPUTY CLERK  MS

Tara Ann Porter
Plaintiff

v.

Portfolio Recovery Associates LLC
Defendant

Civil Action No. 3-23CV1560-D

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Tara Ann Porter

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.

Tara Ann Porter, Plaintiff

| | |
|---|---|
| Date: | July 13, 2023 |
| Signature: | Tara Ann Porter |
| Print Name: | Tara Ann Porter |
| Bar Number: | — |
| Address: | 613 Long Prairie Dr |
| City, State, Zip: | Royse City, TX 75189 |
| Telephone: | 214.994.7016 |
| Fax: | — |
| E-Mail: | taragiannasi@gmail.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.